UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:18-cv-0015 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, | |
| Defendant. | |

Plaintiff is a pretrial detainee. On May 4, 2018, plaintiff's complaint was dismissed, and plaintiff was granted leave to file an amended complaint. On May 16, 2018, plaintiff filed a document styled "objections," in which he objected to portions of the court's screening order, and also asked for a thirty-day extension of time in which to submit applications to proceed in forma pauperis in his other cases pending in this court.

First, plaintiff is advised that his complaint has been dismissed. If plaintiff believes he can allege additional facts to support his allegations, he must include such facts in his proposed amended complaint. In an abundance of caution, he is granted an extension of time in which to file his amended complaint. Plaintiff is cautioned that if he fails to file an amended complaint, the undersigned will recommend that this action be dismissed for failure to comply with the court's order.

////

Second, plaintiff is advised that this court is not authorized to issue orders in other cases pending in this court. Rather, plaintiff must file individual requests in each case. Thus, his request for extension of time in his other cases is denied without prejudice to his renewal of such request in his other cases. Plaintiff has been granted leave to proceed in this action, and should limit his future filings in this action to the claims he is pursuing herein.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objections (ECF No. 14) are overruled;

2. Plaintiff is granted 21 days from the date of this order in which to file an amended complaint that complies with the May 4, 2018 order; and

3. Plaintiff's request for extension of time to submit applications to proceed in forma pauperis in other cases (ECF No. 14) is denied.

Dated: June 5, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hume0015.36