UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>   Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY,<br><br>   Defendant. | No. 2:18-cv-0015 KJN P<br><br>ORDER AND FINDINGS &<br>RECOMMENDATIONS |

  By order filed May 4, 2018, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On June 5, 2018, plaintiff was granted an additional twenty-one days in which to file an amended complaint. Twenty-one days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

  In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

  IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 11, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/hume0015.fta